**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

FRED TARVERDI,

Plaintiff,

v. Case No. 3:26-cv-1534-MMH-LLL

CHESAPEAKE PLANNING AND CONSULTING, LLC, a Maryland limited liability company,

Defendant.
________________________________/

**ORDER**

**THIS CAUSE** is before the Court on Defendant's Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 12; Motion), filed on October 19, 2026. Upon review, it appears that Chesapeake Planning and Consulting, LLC, (Chesapeake) has failed to provide certification under Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida (Local Rule(s)), confirming that it has conferred with opposing counsel in a good faith effort to resolve the issues raised by the Motion and advising the Court whether counsel agrees to the relief requested. Therefore, the Court will direct Chesapeake to file a supplement (1) certifying that it has conferred with opposing counsel and

(2) indicating whether counsel agrees on the resolution of the Motion, as Local Rule 3.01(g) requires.

Accordingly, it is **ORDERED**:

Chesapeake Planning and Consulting, LLC, is **DIRECTED** to file a supplement by **October 23, 2026,** certifying that it has conferred with opposing counsel and indicating whether counsel agrees on the resolution of Defendant's Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 12).

**DONE AND ORDERED** in Jacksonville, Florida, on October 20, 2026.

**MARCIA MORALES HOWARD**
United States District Judge

lc36
Copies to:

Counsel of Record